IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NUMBER: 3:06cr69-WKW |
| ) | |
| ABRAHAM YANEZ-NAVARRO ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN AND/OR KEEPER OF THE   TALLAPOOSA COUNTY JAIL
                                                            AT   DADEVILLE, ALABAMA

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
         OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **ABRAHAM YANEZ-NAVARRO**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom 4A of said Court, in the City of Montgomery, Alabama, on **March 15, 2006**, at **10:00 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

   BY ORDER OF THE COURT.

   DONE this the 6th day of March, 2006.

                                                                DEBRA P. HACKETT, CLERK
                                                                UNITED STATES DISTRICT COURT
                                                                MIDDLE DISTRICT OF ALABAMA

                                                                By: _____
                                                                         Deputy Clerk