IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

UNITED STATES OF AMERICA )
)
v )
) CR. NO. 3:06CR69-WKW
Abraham Yanez-Navarro )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __Abraham Yanez-Navarro__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

March 15, 2006                           Abraham A. Yanez Navarro
DATE                                     DEFENDANT

                                         Patricia Kemp
                                         ATTORNEY FOR DEFENDANT