| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 3-15-2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 12:58 – 1:14 pm |
| | COURT REPORTER: |

✓ **ARRAIGNMENT**   ☐ CHANGE OF PLEA   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB   DEPUTY CLERK: sql
CASE NUMBER: 3:06cr69-WKW   DEFENDANT NAME: Abraham YANEZ-NAVARRO
AUSA: Redmond   DEFENDANT ATTORNEY: Kemp
   Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
   ( ) appointed at arraignment; ( ) standing in for: _____
PTSO/USPO:
Interpreter present? ( )NO; (✓)YES   Name: Beverly Childress

---

✓ This is defendant's **FIRST APPEARANCE.**
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
(☐ ORAL ORDER appointing Federal Public Defender) Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:   ✓ Not Guilty
   ☐ Guilty as to:
      ☐ Count(s):
      ☐ Count(s):         ☐ dismissed on oral motion of USA
                ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
☐ CRIMINAL TERM:         ☐ WAIVER OF SPEEDY TRIAL filed.
   DISCOVERY DISCLOSURE DATE: 3-15-06
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
      ☐ Trial on _____; ☐ Sentencing on _____
✓ ORDER: Defendant remanded to custody of U. S. Marshal for:
      ✓ Trial on 10-16-06; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
         ☐ Defendant requests time to secure new counsel