## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 3:06cr69-WKW** |
| | ) | |
| **ABRAHAM YANEZ-NAVARRO** | ) | |

## MOTION TO WITHDRAW FEDERAL DEFENDERS
## <u>AS COUNSEL OF RECORD AND FOR APPOINTMENT OF CJA PANEL ATTORNEY</u>

COMES NOW the undersigned counsel, Kevin L. Butler, and moves to withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Abraham Yanez-Navarro.

In support of this Motion, counsel states the following:

1.    On March 15, 2006 the Federal Defender Office was appointed to represent Abraham Yanez-Navarro with respect to the above- styled case.

2.    A conflict exists between the Federal Defenders Office, Mr. Yanez-Navarro and a present client of the Federal  Defenders Office.

3.    Undersigned counsel requests that on behalf of Mr. Yanez-Navarro, CJA panel attorney Pate DeBardeleben, Esquire, be appointed to represent him in all further proceedings in this case. Mr. Yanez-Navarro will not be prejudiced by such a change in counsel at this time.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Yanez-Navarro and that CJA Panel Attorney, Pate DeBardeleben, Esquire be appointed to represent him.

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 3:06cr69-WKW** |
| | ) | |
| **ABRAHAM YANEZ-NAVARRO** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan R. Redmond, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138