IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA **RECEIVED**

|                              |              | EASTERN DIVISION        **2006 MAY -2 P 2: 30** |
|------------------------------|--------------|-------------------------|

UNITED STATES OF AMERICA     *      DEBRA P. HACKETT, CLK
                           U.S. DISTRICT COURT
                *     MIDDLE DISTRICT ALA

v.                           * 3:06-CR-69-WKW

ABRAHAM YANEZ-NAVARRO     *

### APPLICATION FOR INTERPRETER SERVICES

REQUEST is hereby made on behalf of Abraham Yanez-Navarro to allow the payment of interpreter fees in excess of the $300.00 guideline.

Such request is based upon the Declaration of Crowell Pate DeBardeleben, counsel appointed for Abraham Yanez-Navarro and all pleading in the matter herein.

### DECLARATION OF COUNSEL

I, Crowell Pate DeBardeleben, do hereby declare as follows:

1. I am the attorney of record in the matter herein, appointed to represent Abraham Yanez-Navarro;

2. In the course of preparing for the defense and trial of this matter, I have enlisted the services of Beverly Childress, an intepreter;

3. Abraham Yanez-Navarro is of Hispanic descent, and speaks little or no English. Likewise, undersigned counsel for the Defendant is not proficient enough in Spanish to converse and communicate effectively with the Defendant.

4. Beverly Childress is a certified Spanish language interpreter with extensive court

experience.

5. Abraham Yanez-Navarro is charged with possession of a false document which could result in imprisonment, should he be convicted.

6. The undersigned defense counsel anticipates that it will be necessary to spend time interviewing and communicating with said defendant.

7. At the current CJA rate, the $300.00 limit will not permit sufficient use of the interpreter to assure that the undersigned is able to competently and professionally discharge his duties in the case;

8. Based upon the above, counsel, requests fees up to $1,000.00 for interpreter services.

I declare under penalty of perjury, under the laws of the State of Alabama, that the foregoing is true and correct.

RESPECTFULLY submitted this the 2nd day of April, 2006.

Pate DeBardeleben, Attorney for Abraham Yanez-Navarro

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Susan Redmond by mailing a copy to P.O. Box 197, Montgomery, AL 36101-197 this the 2nd day of May, 2006.

Pate DeBardeleben