IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-CR-69-WHA |
| | ) | |
| ABRAHAM YANEZ-NAVARRO | ) | |

### ORDER ON MOTION

Upon consideration of Defendant's *Application for Interpreter Services,* construed as a Motion, filed on May 2, 2006 (Doc. 16), it is, for good cause,

**ORDERED** that the motion is GRANTED to the extent of its request for approval of interpreter services in excess of $300.00 but not to exceed $1,000.00.

DONE this 5th day of May, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE