IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF THE STATE OF ALABAMA

NORTHERN DIVISION

RECEIVED
2006 MAY 15 A 10:10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| vs. | * | CASE NO. 3:06CR69-WKW |
| ABRAHAM YANEZ-NAVARRO | * | |
| Defendant | * | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the above named Abraham Yanez-Navarro, and through counsel, gives notice that he intents to change his plea from not guilty to guilty in the above styled case.

Respectfully submitted this the 15th day of May, 2006.

Pate DeBardeleben, Attorney for the Defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-2130609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Susan Redmond, A.U.S.A. by mailing to P.O. Box 197, Montgomery, AL 36101-197 this the 15th day of May, 2006.

Pate DeBardeleben