MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: Risa Entrekin

❏ ARRAIGNMENT          x CHANGE OF PLEA          ❏ CONSENT PLEA

❏ RULE 44(c) HEARING          ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *DELORES R. BOYD*          **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *3:06cr69-WKW*          **DEFENDANT NAME:** *Abraham Yanez-Navarro*

**AUSA:** *Susan R. Redmond*          **DEFENDANT ATTY:** *Crowell Pate DeBardeleben*

Type Counsel:     ( ) Waived;   ( ) Retained;   ( x ) Panel CJA;   ( ) CDO

**USPO:** Al Lancaster

**Defendant** __x__ does _____ does NOT need and interpreter.

**Interpreter present?** _____ NO __x__ YES     Name: Beverly Childress

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty                              ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x Guilty as to:

   X Count(s) 1, 2, 3, 4     of the Felony Indictment.

   ❏ Count(s) _____    ❏ dismissed on oral motion of USA;

   ❏ to be dismissed at sentencing

x — **ORAL ORDER ADJUDICATING GUILT as to COUNTS 1, 2, 3 and 4**

x — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

   ❏ summons; for:

❏ Trial on _____;  ❏ Sentencing on _____    ❏ _____ Bond    ❏ to be set by Separate Order

x — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____; or   x Sentencing to be set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.