IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * Docket No. 3:06 CR 69-WKW |
| ABRAHAM YANEZ-NAVARRO | * |

## MOTION FOR EARLY SENTENCING DATE

COMES NOW the above named Defendant, and through counsel moves this Court to set a early sentencing date for the above Defendant. As grounds for said request counsel avers the following;

1. Sentencing is presently scheduled for September 8, 2006.

2. The Presentence Investigation Report has been completed and the Defendant has no objections thereto.

3. The Plea Agreement calls for a sentence of time served.

4. The Defendant shall be deported to Mexico upon release.

5. Judicial economy shall be served by an early sentence date.

WHEREFORE the Defendant prays that the Court will set a early sentencing date in this matter.

Respectfully submitted this the 18th day of July, 2006.

Pate DeBardeleben, Attorney for the Defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Susan Redmond by mailing to P.O. Box 197 Montgomery, AL 36101-197 this the 18th day of July, 2006.

_____

Pate DeBardeleben