IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-CR-69-WKW |
| | ) | |
| ABRAHAM YANEZ-NAVARRO | ) | |

## ORDER

This case is before the Court on the defendant's Motion for Early Sentencing Date (Doc. # 25), filed on July 19, 2006. It is hereby ORDERED that the motion is GRANTED. Sentencing is set for July 27, 2006 at 11:00 a.m. in the Frank M. Johnson Jr. United States Courthouse Complex, Montgomery, Alabama.

DONE this the 25th day of July, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE