IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-CR-69-WKW |
| | ) | |
| ABRAHAM YANEZ-NAVARRO | ) | |

## ORDER

The July 25th order (Doc. #26 ) setting sentencing for July 27, 2006 at 11:00 a.m. is hereby VACATED and sentencing is rescheduled for July 27, 2006 at **9:00** a.m. in the Frank M. Johnson Jr. United States Courthouse Complex, Montgomery, Alabama.

DONE this the 25th day of July, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE