<u>MINUTES</u>

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| HON. KEITH WATKINS JUDGE | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED   JULY 28, 2006 | AT 8:45 A.M./P.M. |
| DATE COMPLETED   JULY 28, 2006 | AT 8:55 A.M./P.M. |

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs )<br>)<br>ABRAHAM YANEZ-NAVARRO )<br>) | Cr. No.  3:06cr69-WKW |

| <u>PLAINTIFF(S)/GOVERNMENT</u> | APPEARANCES | <u>DEFENDANT(S)</u> |
|---|---|---|
| | X | |
| AUSA Susan Redmond | X | Atty. Pate DeBardeleben |
| | X | |
| | X | |
| | X | |

<u>COURT OFFICIALS PRESENT:</u>

| | | | |
|---|---|---|---|
| Ann Roy<br>Courtroom<br>Deputy | Glory McLaughlin<br>Law Clerk | Risa Entrekin<br>Court Reporter | Beverly Childress<br>Interpreter |

<u>COURTROOM PROCEEDINGS:</u>

**SENTENCING HEARING**

| | |
|---|---|
| 8:45 a.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record (Atty. DeBardeleban).<br>Court accepts plea agreement.  No objections to PSR; sentence imposed. |
| 8:55 a.m. | Hearing concluded. |